**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TRAVIS RAY,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-14-2079 |
| v. : | |
| : | (Judge Caputo) |
| **MARY SABOL,** *et al.*, : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW**, this **8th** day of **DECEMBER**, **2014**, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2241(c)(3), it is ordered that:

1.  The petition (Doc 1) is denied.

2.  Mr. Ray's Motions for Leave to Proceed *In Forma Pauperis* (Docs. 2 and 5) are **GRANTED**.

3.  The Clerk of Court is directed to close this file.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**